UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Nick Makreas

        Plaintiff(s),

   v.

First National Bank of Northern California, et al.

        Defendant(s).

No. C 11-02234 DMR

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/25/11

Signature _____

Counsel for See Attached
(Plaintiff, Defendant, or indicate "pro se")

## ATTACHMENT

Defendant, County of San Mateo

Defendant, San Mateo County Sheriff's Office

Defendant, San Mateo County Sheriff Greg Munks

Defendant, San Mateo County Sheriff's Deputy Stephen Duvall

Defendant, San Mateo County Sheriff's Deputy Hoss

Defendant, San Mateo County Sheriff's Deputy Valencia